O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR KARBASI, | Case No. CV 13-02750 DDP (CWx) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY** |
| v. | |
| BANK OF AMERICA, N.A., a National Banking Association, | |
| Defendant. | |

Plaintiff is ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff alleges that he has "sustained damages in a sum not less than $80,000.00 representing the damage caused to GCT including but not limited to business and profits loss and expenses incurred as a result of BofA's breach" (Compl. ¶ 24.), but he alleges no facts to support this amount. It is therefore not clear to the court that the amount in controversy in this matter exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332. Accordingly, Plaintiff is ordered to file a brief, not to exceed five pages, by Tuesday, May 28, 2013, showing a non-

speculative reason why this action should not be dismissed for lack of subject matter jurisdiction.  Plaintiff shall also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  Failure to file a brief in accordance with this Order will be deemed consent to dismissal of this action.

IT IS SO ORDERED.

Dated: May 14, 2013

> DEAN D. PREGERSON
> United States District Judge

2