O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMIR KARBASI, | ) | Case No. CV 13-02750 DDP (CWx) |
| Plaintiff, | ) | **ORDER DISMISSING CASE** |
| v. | ) | [Dkt. Nos. 6 & 10] |
| BANK OF AMERICA, N.A., a National Banking Association, | ) | |
| Defendants. | ) | |

    Before the court is Defendant Bank of America, N.A.'s Motion to Dismiss.  Because Plaintiff has not filed an opposition, the court GRANTS the Motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

    The hearing on Defendants' Motion was set for June 24, 2013. Plaintiff's opposition was therefore due by June 3, 2013.  As of

the date of this order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance.[1]  Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion without prejudice.  The Request for Extension to File Response is VACATED.

IT IS SO ORDERED.

Dated: June 20, 2013

DEAN D. PREGERSON
United States District Judge

---

[1] Plaintiff did file a Request for Extension to File Response on May 28, 2013, but that request appears to have applied to his deadline for responding to the court's Order to Show Cause, not to his opposition to the Motion to Dismiss.  Plaintiff did not respond to the court's Order to Show Cause, nor did he file an opposition to the Motion to Dismiss.

2